# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

MAR 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

| | |
|---|---|
| United States of America <br> vs. <br> Lucy Vargas | Case No. 09-CR-0296 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Lucy Vargas_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing condition number 7(a) which states: You shall maintain or actively seek employment, and provide proof thereof to the PSO upon request.

All other conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/17/10           _____  3-17-10
Signature of Defendant        Date              Pretrial Services Officer      Date
Lucy Vargas                                     Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                      3-22-10
Signature of Assistant United States Attorney   Date
Kimberly A. Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      3-17-10
Signature of Defense Counsel                    Date
Carol Ann Moses

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on    3/22/10
☐ The above modification of conditions of release is *not* ordered.

_____                      3/22/10
Signature of Judicial Officer                   Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services